1:10-cv-01250-JES-JAG # 22-1 Page 1 of 15                    E-FILED
                                                           Tuesday, 21 December, 2010 03:27:56 PM
                                                           Clerk, U.S. District Court, ILCD

7 of 7

# Illinois Department of Corrections

PAT QUINN
Governor

MICHAEL P. RANDLE
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 2, 2010

James Myles
Register No. A15155
Pontiac Correctional Center

Dear Mr. Myles:

This is in response to your grievance received on January 6, 2010, regarding medical (requests Hep C treatment), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Per IDOC Medical Director Dr. Schicker, medical staff are attempting to resolve other medical issues which are currently prohibiting the issuance of treatment.

The Grievance Officer's Report (050416) and subsequent recommendation dated December 25, 2009 and approval by the Chief Administrative Officer on December 28, 2009 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the grievance be denied as the offender's medical needs are being addressed by the Pontiac Correctional Center Administration, in accordance with established policies and procedures.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Michael P. Randle
Director
7/13/10

cc: Warden Pierce, Pontiac Correctional Center
    James Myles, Register No. A15155

Exhibit-1

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764



University of Illinois Medical Center Reference Laboratory
840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 02/14/2007 08:35 | 02/14/2007 23:55 | 02/15/2007 6:04 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.1235 | | |

COMMENTS: 2/15/07

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP. METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 8 | | MG/DL | 6-20 |
| SODIUM | 138 | | MMOL/L | 135-145 |
| POTASSIUM | 3.5 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 100 | | MMOL/L | 90-108 |
| GLUCOSE | 92 | | MG/DL | 65-110 |
| CREATININE | 1.3 | | MG/DL | 0.5-1.5 |
| CALCIUM | 8.9 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.7 | | MG/DL | 0.1-1.2 |
| ALK PHOS | 89 | | U/L | 40-125 |
| AST | | 58 H | U/L | 10-40 |
| CO2 CONTENT | 27 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 7-14 |
| ALT | | 51 H | U/L | 10-50 |
| BUN/CREAT RATIO | 6.1 | | | 10-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 152 | | MG/DL | 100-200 |

(NOTE)

Cholesterol(mg/dl):
<200       DESIRABLE
200-239    BORDERLINE HIGH
>239       HIGH

| TRIGLYCERIDE | 124 | | MG/DL | 45-150 |

(NOTE)

Triglycerides (mg/dl):
<150       NORMAL
150-199    BORDERLINE HIGH
200-499    HIGH
>499       VERY HIGH

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 25 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page

```
Pontiac Correctional Center                              University of Illinois    840 South Wood Street
700 West Lincoln Street                                  Medical Center            Room 170 (M/C 750)
P.O. Box 99                                              Reference Laboratory      Chicago, Illinois 60612
Pontiac, IL  61764                                                                 Ph # (877)FOR-LABS
                          FASTING: U                                               Lanne Maes, M.D., Director
```



| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 06/29/2007 09:38 | 06/29/2007 23:00 | 07/02/2007 11:11 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.4304 | | |

COMMENTS:

7/2/07 [signature]

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP. METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 10 | | MG/DL | 8-20 |
| SODIUM | 138 | | MMOL/L | 135-145 |
| POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 104 | | MMOL/L | 98-108 |
| GLUCOSE | 108 | | MG/DL | 65-110 |
| CREATININE | | 1.7 H | MG/DL | 0.5-1.5 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| BILIRUBIN TOTAL | 1.0 | | MG/DL | 0.1-1.2 |
| ALK PHOS | 90 | | U/L | 40-125 |
| AST | | 65 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 6 | | MMOL/L | 7-11 |
| ALT | 49 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 5.9 L | | 10-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 139 | | MG/DL | 100-200 |
| (NOTE) | | | | |

Cholesterol(mg/dl):
<200        DESIRABLE
200-239     BORDERLINE HIGH
>239        HIGH

| TRIGLYCERIDE | 118 | | MG/DL | 45-150 |

(NOTE)

Triglycerides (mg/dl):
<150        NORMAL
150-199     BORDERLINE HIGH
200-499     HIGH
>499        VERY HIGH

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 27 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page

```
Pontiac Correctional Center                                840 South Wood Street
700 West Lincoln Street          University of Illinois    Room 170 (M/C 750)
P.O. Box 99                      Medical Center            Chicago, Illinois 60612
Pontiac, IL 61764                Reference Laboratory      Ph # (877)FOR-LABS
                                                           Lanne Maes, M.D., Director
                     FASTING: U
```



| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 02/06/2008 11:08 | 02/06/2008 23:00 | 02/07/2008 6:05 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.366 | | |

COMMENTS:

2/7/08 [signature]

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 13 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 103 | | MMOL/L | 98-108 |
| GLUCOSE | 109 | | MG/DL | 65-110 |
| CREATININE | 1.3 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.6 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.1 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.1 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 1.0 | | MG/DL | 0.1-1.2 |
| ALK PHOS | 96 | | U/L | 40-125 |
| AST | | 41 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 7-11 |
| ALT | 39 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 9.76 | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 172 | | MG/DL | 100-200 |

(NOTE)
Cholesterol(mg/dl):
  <200        DESIRABLE
  200-239     BORDERLINE HIGH
  >239        HIGH

| TRIGLYCERIDE | | 164 H | MG/DL | 45-150 |

(NOTE)
Triglycerides (mg/dl):
  <150        NORMAL
  150-199     BORDERLINE HIGH
  200-499     HIGH
  >499        VERY HIGH

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 31 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page

Exhibit-4

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764



University of Illinois Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 07/17/2008 08:40 | 07/17/2008 23:23 | 07/18/2008 8:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.2578 | | |

COMMENTS:

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP. METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 8 | | MG/DL | 8-20 |
| SODIUM | 141 | | MMOL/L | 135-145 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 105 | | MMOL/L | 98-108 |
| GLUCOSE | | 122 H | MG/DL | 65-110 |
| CREATININE | | 1.6 H | MG/DL | 0.5-1.5 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0-1.2 |
| ALK PHOS | 82 | | U/L | 40-125 |
| AST | | 83 H | U/L | 10-40 |
| CO2 CONTENT | 31 | | MMOL/L | 24-32 |
| ANION GAP | 5 | | MMOL/L | 3-11 |
| ALT | | 56 H | U/L | 10-50 |
| BUN/CREAT RATIO | 5.1 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 150 | | MG/DL | 100-200 |

(NOTE)
Cholesterol (mg/dl):
<200       DESIRABLE
200-239    BORDERLINE HIGH
>239       HIGH

| TRIGLYCERIDE | 106 | | MG/DL | 45-150 |

(NOTE)
Triglycerides (mg/dl):
<150       NORMAL
150-199    BORDERLINE HIGH
200-499    HIGH
>499       VERY HIGH

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 31 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page

1:10-cv-01250-JES-JAG # 22-1 Page 6 of 15

Exhibit-5

```
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764
```



University of Illinois Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 07/30/2008 11:45 | 07/30/2008 23:23 | 07/31/2008 15:03 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.2711 | | |

COMMENTS:

√ 8/1/08

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| ACUTE HEP PANEL | | | | |
| HEP A IGM AB | NEGATIVE | | | NEG |
| ANTI-HB CORE IGM | NEGATIVE | | | NEG |
| HEP B SURFACE AG | NEGATIVE | | | NEG |
| HEP C ANTIBODY | | POSITIVE, CONFIRMED | | NEG |

Positive for IgG antibodies to HCV.
High signal/cut-off ratio.
Supplemental testing is not required.

| | | | | |
|---|---|---|---|---|
| HEP B CORE AB, TOTAL | | POSITIVE | | NEG |
| HEP A AB TOTAL | NEGATIVE | | | NEG |
| HEP B SURFACE AB | NEGATIVE | | | NEG |

(NOTE)
Positive: Antibodies to Hepatitis B surface antigen are
detected at
greater than or equal to 10 mIU/mL. Result is consistent
with
protective immunity to HBV.
Negative: Antibodies to Hepatitis B surface antigen are
detected at
less than 10 mIU/mL. Patient is considered not to have
protective
immunity to HBV infection.
Results are reported in accordance with CDC guidelines.

End of Report

MYLES, A15155                    07/31/2008  15:03                    D234

```
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764
```



**University of Illinois Medical Center**
Reference Laboratory
840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| LES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 10/29/2008  10:30 | 10/29/2008  23:30 | 10/30/2008  6:05 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.4516 |  |  |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP. METABOLIC PANEL |  |  |  |  |
| BLOOD UREA NITROGEN | 8 |  | MG/DL | 5-20 |
| SODIUM | 139 |  | MMOL/L | 135-145 |
| POTASSIUM | 4.6 |  | MMOL/L | 3.5-5.0 |
| CHLORIDE | 101 |  | MMOL/L | 98-108 |
| GLUCOSE |  | 126 H | MG/DL | 65-110 |
| CREATININE | 1.4 |  | MG/DL | 0.5-1.5 |
| CALCIUM | 9.5 |  | MG/DL | 8.0-10.0 |
| TOTAL PROTEIN | 7.1 |  | G/DL | 6.0-8.0 |
| ALBUMIN | 4.2 |  | GM/DL | 3.0-5.0 |
| BILIRUBIN, TOTAL | 0.3 |  | MG/DL | 0-1.2 |
| ALK PHOS | 92 |  | U/L | 40-125 |
| AST |  | 52 H | U/L | 10-40 |
| CO2 CONTENT | 30 |  | MMOL/L | 23-32 |
| ANION GAP | 8 |  | MMOL/L | 3-11 |
| ALT |  | 83 H | U/L | 10-50 |
| BUN/CREAT RATIO | 5.7 L |  |  | 18-20 |
| LIPIDS |  |  |  |  |
| CHOLESTEROL | 160 |  | MG/DL | 100-200 |
| (NOTE) | Cholesterol(mg/dl): <200 DESIRABLE; 200-239 BORDERLINE HIGH; >239 HIGH |  |  |  |
| TRIGLYCERIDE | 145 |  | MG/DL | 45-150 |
| (NOTE) | Triglycerides (mg/dl): <150 NORMAL; 150-199 BORDERLINE HIGH; 200-499 HIGH; >499 VERY HIGH. Triglyceride measurement must be performed on a specimen obtained from a fasting individual. |  |  |  |
| HDL |  | 32 L | MG/DL | 40-60 |
| (NOTE) |  |  |  |  |

Continued on the next page

Exhibit-7

```
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764
```



**University of Illinois Medical Center** — Reference Laboratory
840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION | |
|---|---|---|---|---|---|---|
| MYLES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | D234 | |
| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| MAHONE, SYLVIA | 02/11/2009 09:15 | 02/11/2009 23:30 | | 02/12/2009 6:06 | | 1 |
| REQUISITION NO. A234.207 | PT. LAB NO. | LAB REF NO. | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | | | MG/DL | 8-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.5 |
| CHLORIDE | 107 | | MMOL/L | 98-108 |
| GLUCOSE | | HIGH | MG/DL | 65-110 |
| CREATININE | 1.5 | | MG/DL | 0.5-1.5 |
| CALCIUM | 8.5 | | MG/DL | 8.0-10.0 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.8 | | GM/DL | 3.4-5.0 |
| BILIRUBIN TOTAL | 0.7 | | MG/DL | 0-1.2 |
| ALK PHOS | 75 | | U/L | 40-125 |
| AST | | 47 H | U/L | 10-40 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| ANION GAP | 6 | | MMOL/L | 7-11 |
| ALT | 45 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 4.7 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 199 | | MG/DL | 100-200 |
| (NOTE) | | | | |
| Cholesterol (mg/dL): | | | | |
| <200 | | | DESIRABLE | |
| 200-239 | | | BORDERLINE HIGH | |
| >239 | | | HIGH | |
| TRIGLYCERIDE | 95 | | MG/DL | 45-150 |
| (NOTE) | | | | |
| Triglycerides (mg/dL): | | | | |
| <150 | | | NORMAL | |
| 150-199 | | | BORDERLINE HIGH | |
| 200-499 | | | HIGH | |
| >499 | | | VERY HIGH | |

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 28 L | MG/DL | 40-60 |

(NOTE)

continued on the next page

Exhibit-8
1:10-cv-01250-JES-JAG # 22-1 Page 9 of 15

```
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764
```



University of Illinois Medical Center Reference Laboratory
840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 06/01/2009 10:25 | 06/01/2009 23:30 | 06/02/2009 8:02 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.3763 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| BLOOD UREA NITROGEN | 13 | | MG/DL | 6-20 |
| POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 |
| GLUCOSE | | 119 H | MG/DL | 65-110 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| ALK PHOS | 81 | | U/L | 40-125 |
| CO2 CONTENT | 30 | | MMOL/L | 24-32 |
| ALT | | 63 H | U/L | 10-50 |

LIPIDS

(NOTE)

Cholesterol(mg/dl):
200-239    BORDERLINE HIGH

(NOTE)

Triglycerides (mg/dl):
150-199    BORDERLINE HIGH
200-499    HIGH
>499       VERY HIGH

Triglyceride measurement must be performed on a specimen

| HDL | | 32 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page

Exhibit-9
1:10-cv-01250-JES-JAG # 22-1 Page 10 of 15

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764



University of Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

FASTING: N

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| MYLES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 07/14/2009 08:30 | 07/14/2009 23:30 | 07/15/2009 17:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.4084 | | |

COMMENTS:

7/16/09

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP. METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 9 | | MG/DL | 6-20 |
| SODIUM | 144 | | MMOL/L | 135-145 |
| POTASSIUM | 4.1 | | MMOL/L | 3.5-5.5 |
| CHLORIDE | 106 | | MMOL/L | 96-108 |
| GLUCOSE | | 124 H | MG/DL | 65-110 |
| CREATININE | 1.1 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.2 | | MG/DL | 8.8-10.0 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| BILIRUBIN TOTAL | 0.5 | | MG/DL | 0.1-2 |
| ALK PHOS | 92 | | U/L | 40-125 |
| AST | | 50 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 7 | | MMOL/L | 7-11 |
| ALT | | 55 H | U/L | 10-30 |
| BUN/CREAT RATIO | 8 | | | 10-20 |
| HEP C ANTIBODY | | POSITIVE CONFIRMED | | NEG |

Positive for IgG antibodies to HCV.
With signal/cut-off ratio
Supplemental testing is not required.

| LIPIDS | | | | |
|---|---|---|---|---|
| CHOLESTEROL | 137 | | MG/DL | 100-200 |

(NOTE)
Cholesterol (mg/dl)
<200  DESIRABLE
200-239  BORDERLINE HIGH
>239  HIGH

| TRIGLYCERIDE | | 160 H | MG/DL | 45-150 |

(NOTE)
Triglyceride (mg/dl)
<150  NORMAL
150-199  BORDERLINE HIGH
200-499  HIGH
>499  VERY HIGH

Continued on the next page

EXHIBIT-10

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Outpatient Progress Notes

__Pontiac Correctional__ Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Myles | James | | A15155 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-08 0930 | HYPERTENSION / CARDIOVASCULAR CLINIC (March – July – November) | Dx Date: |
| 216 | S. | P. PATIENT EDUCATION |
| 104/76 | Date of Dx: 2003 | Exercise Diet-low sodium, low cholesterol |
| 84 | O. PHYSICAL EXAMINATION (see flow chart) | Stop smoking Medication compliance / non-compliance _discussed_ c̄ I/M |
| 16 | Fundus @ retinopathy seen Lungs CTAB Heart RRR s̄ m Extremities: Pulses, edema, bruits ⊝ ⊝ ⊝ | complications. Compliance with clinic every 4 months. (Return to clinic every 4 months.) Annual November: EKG, U/A, Lipid Panel, Fundus Exam  7-29-08 |
| | LABORATORY: (see flow sheet) | TREATMENT: ★Hepatitis Screen |
| | Lytes in on a diuretic  ↑ AST ALT | ★Lovastatin 40mg ī po qHS x 5m |
| | Na 141 | ★Lopressor 100mg ī po bid x 5m |
| | K 4.3 | ★Capoten 50mg ī po bid x 5m |
| | | ★NTG 0.4mg ī SL prn x 5m |
| | | ★Procardia XL 30mg ī po qd x 5m |
| | A: HYPERTENSION / CARDIOVASCULAR CONTROL: (GOOD) FAIR POOR | ★ASA EC 81mg ī po qd x 5m |

DOC 0084 (Eff. 9/2003)

Exhibit 10b

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Pontiac Correctional Center

Offender information:
Last Name: Mules
First Name: James
ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-3-08 11:30A | CMT note O: Note sent to Dr Mahone c/o pain in his right side near his back x 2 wks. [signature] | P: Refer to SK 2.00 collected |
| 10-07-08 9:00A | SICK CALL WEIGHT 210 BP 110/70 TPR 98.0  82  18 MD NOTE NSU R sided pain as relates preceeded by strenous exercise x 2 wks plus. Sharp pain @ lower back. Non radiating pain. No incontinence reported. No hematuria. No dysuria [signature] | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Outpatient Progress Notes
__PONTIAC CORRECTIONAL__ Center

**Offender Information:**
MYLES, JAMES   ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 7/23/09 11:15 AM | S: No previous Hep C Dx. Admits to previous IVDA many years ago. | |
| 216 118/66 P-67 R-18 | O: VS as above Pt AOx3/NAD/ Cooperative Hep C (+) 7/14/09 A: New Hep C (+) | P: ① Twinrix Vaccine on 7/27/09 #1 ② Twinrix Vaccine #2 8/27/09 ③ Twinrix Vaccine #3 1/27/2010 |
| | | [signature] Mahone M 7/23/09 1 PM |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Outpatient Progress Notes
**PONTIAC CORRECTIONAL** Center

**Offender Information:**
Last Name: Myles
First Name: James
ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/7/09 12:45p | CMT Note ① Request s/c for med refill for ongoing arthritis pain in shoulders | ① Refer to s/c [signature] CMT |
| 07-09-09 9:20 | SICK CALL WEIGHT 215 BP 150/100 TPR 96-18-98 MD NOTE [Centerville?] S) Pt req. med renewal chr. Lt. shoulder pain. Takes Ibuprofen - 600 mg tid pr o) No acute distress apparent today PE - not indicated or requested today a) s/p Long-standing Lt. shoulder pain | P) ① Ibuprofen - 600 + tid prn x 3 months ② F/u prn [signature] 7/9/09 |

(Exhibit 12)

**Appendix 2. Stepwise Approach for Detecting, Evaluating & Treating Chronic Hepatitis C** *(continued)*

### Step 3a. Determine if hepatitis C treatment is *not recommended*.

Hepatitis C treatment is *not recommended* if any of the following four conditions are present:

(1) **Contraindications to peginterferon:**
- Severe uncontrolled psychiatric disease, particularly depression with current suicidal risk.
- History of solid organ transplant (renal, heart, or lung)
- Certain autoimmune disorders, e.g., autoimmune hepatitis
- Uncontrolled endocrine disorders, e.g., diabetes, thyroid disease
- Serious concurrent medical diseases, such as severe: hypertension, heart failure, coronary heart disease, COPD
- Decompensated cirrhosis (see text, page 13)
- Platelet count <75,000/mm$^3$ or ANC <1,500 cells/mm$^3$
- Documented nonadherence to prior therapy, or failure to complete pretreatment evaluation process
- Ongoing injection drug use or alcohol use
- Hypersensitivity to interferon

(2) **Inmate will be incarcerated for an insufficient period of time to complete treatment.**

(3) **Inmate has an unstable medical or mental health condition which precludes antiviral therapy.**

(4) **Inmate refuses treatment.**



If any one of the above four conditions are present, then STOP further treatment-related work-up. No further HCV testing—i.e., HCV RNA, genotype, liver biopsy—is indicated at this time. If conditions change, reconsider for hepatitis C treatment.

### Step 3b. Monitor HCV-infected inmates who are *not on treatment*.

- **Have a plan for each inmate:** Outline the plan clearly on the Problem List/Health Summary.
- **Get baseline laboratory evaluations:** Obtain baseline labs as specified in *Appendix 3*.
- **Follow-up labs:**
  - Every 6 months: ALT, AST, bilirubin, albumin, and INR
  - Every year: CBC (with differential & platelets). Calculate APRI (see Table 4, page 6 for formula).
  - Other labs as clinically indicated, e.g., A1C (diabetics); TSH and free T4 (if hyperthyroid).
- **Repeat liver biopsies:** The determination regarding the timing of re-biopsy (for those inmates whose treatment is deferred) should be based on subsequent increases in the AST/Platelet Ratio Index (APRI)* and/or evidence of steatosis or inflammation. Those who develop clinical evidence of liver disease should be priority candidates for re-biopsy. If the APRI < 0.5, there is a lower risk of disease progression; if the APRI > 0.5, there is a higher risk.

**Note:** The following tests are generally *NOT* indicated for inmates *not* on treatment.

- **HCV RNA and HCV genotype:** These tests are not needed unless treatment is indicated. *Do not* periodically check HCV RNA values for inmates who are not currently candidates for treatment. There is no correlation between HCV RNA levels and the risk or rate of disease progression.
- **Alpha fetoprotein:** Unless cirrhosis is known or strongly suspected, alpha fetoprotein is unnecessary because the risk for hepatocellular carcinoma in HCV infection does not begin until the development of cirrhosis.
- **Liver ultrasound or CT examinations:** Similarly, do not perform periodic liver ultrasound or CT examinations unless cirrhosis is present or there is another definitive indication.
- **Serum ammonia levels:** In a patient with known liver disease, the serum ammonia level has no prognostic value; nor can it be used for monitoring the effectiveness of medications such as lactulose. Serum ammonia levels are only useful in a delirious patient whose diagnosis is uncertain.

(continued on next page)