IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MYLES (A-15155), | ) |
| Plaintiff, | ) |
| v. | ) No. 10-1250 |
| SYLVIA MAHONE, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, SHARON SIMPSON, GUY PIERCE, MICHAEL RANDLE, LOUIS SHICKER, and JACKIE MILLER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submit their Motion for Summary Judgment. In support thereof, Defendants state as follows:

1. On August 21, 2010, Plaintiff, an inmate within the Illinois Department of Corrections at incarcerated at Pontiac Correctional Center filed a Complaint pursuant to 42 U.S.C. §1983. Specifically, Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs in that they knew he suffered from Hepatitis C but did not tell him and, after he learned of his diagnosis, still refused him treatment. September 23, 2010, text order.

2. No genuine issue of material fact exists that Plaintiff was receiving appropriate medical care and that the specific treatment Plaintiff wants is not medically indicated.

3. Defendants Simpson, Miller, and Shicker investigated and responded to Plaintiff's complaints.

4.   Defendants Pierce and Randle had no personal involvement in responding to Plaintiff's grievances or letters.

5.   Filed contemporaneously is Defendants' Memorandum of Law in support of this Motion.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court enter summary judgment in their favor and grant any further relief the Court deems necessary.

Respectfully Submitted,

SHARON SIMPSON, GUY PIERCE, MICHAEL RANDLE, LOUIS SHICKER, and JACKIE MILLER,

Defendants,

Lisa Madigan, Attorney General
of the State of Illinois,

By: s/Joseph N. Rupcich
Joseph N. Rupcich, #6283899
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
jrupcich@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MYLES (A-15155), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 10-1250 |
| | ) |
| SYLVIA MAHONE, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 30, 2011, I mailed by United States Postal Service, the document to the following non-registered participant:

James Myles, A-15155
Pontiac Correctional Center
P. O. Box 99
Pontiac, IL 61764

Respectfully submitted,

By: s/Joseph N. Rupcich
Joseph N. Rupcich, #6283899
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-1841
Facsimile:  (217) 524-5091
jrupcich@atg.state.il.us