IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JAMES MYLES (A-15155),           )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   No. 10-1250
                                 )
SYLVIA MAHONE, et al.,           )
                                 )
    Defendants.                  )

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

NOW COME the Defendants, SHARON SIMPSON, GUY PIERCE, MICHAEL RANDLE, LOUIS SHICKER, and JACKIE MILLER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Response to Plaintiff's Motion to Compel [Doc. 120], Defendants state as follows:

1. On or about September 22, 2011, Plaintiff served his requests for admissions on Defendants Guy Pierce, Michael Randle, Louis Shicker and Sharon Simpson.

2. On October 6, 2011, Defendants Guy Pierce, Michael Randle, Louis Shicker and Sharon Simpson responded to Plaintiff's requests for admissions.

3. Upon receipt of the Plaintiff's correspondence dated December 1, 2011, (attached hereto as Exhibit A), the undersigned discovered that the Plaintiff's Request for the Production of Documents to Defendant Shicker was inadvertently overlooked when it was received with the Plaintiff's Request for Admissions. The request asked for production of Plaintiff's medical records.

4. On December 6, 2011, the undersigned responded to Plaintiff's correspondence dated December 1, 2011, and on December 6, 2011, the undersigned served Defendant Shicker's Response to Plaintiff's Request for the Production of

Documents.  A copy of the Defendants' December 6, 2011, correspondence and Defendant Shicker's Response to Plaintiff's Request for the Production of Documents are attached hereto as Exhibit B.  The Response explained to Plaintiff that his medical records were available to him at his current place of incarceration and explained to him how to review or request copies of them.  Because Plaintiff has equal access to his medical records, Defendants should not be required to produce them to Plaintiff at Defendants' expense.

     5.    Because Plaintiff has been provided a response, Plaintiff's Motion should be denied as moot.  Moreover, co-defendant's motion for summary judgment attached Plaintiff's medical records to it.  Exhibit F to Doc. 113.  Since Plaintiff was copied on co-defendant's motion, he should be in possession of the parts of his medical records upon which co-defendant relies in moving for summary judgment.

     WHEREFORE, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion to Compel.

     Respectfully submitted,

SHARON SIMPSON, GUY PIERCE, MICHAEL RANDLE, LOUIS SHICKER, and JACKIE MILLER,
     Defendants,
Lisa Madigan, Attorney General
of the State of Illinois,

By:  s/Joseph N. Rupcich
     Joseph N. Rupcich, #6283899
     Attorney for Defendants
     Office of the Attorney General
     500 South Second Street
     Springfield, IL  62706
     Telephone:  (217) 782-1841
     Facsimile:  (217) 524-5091
     jrupcich@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES MYLES (A-15155), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-1250 |
| | ) | |
| SYLVIA MAHONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed Defendants' Response to Plaintiff's Motion to Compel [Doc. 120] with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Kokal
mkokal@heylroyster.com

and I hereby certify that on December 20, 2011, I mailed by United States Postal Service, the document to the following non-registered participant:

James Myles, A-15155
Pontiac Correctional Center
P. O. Box 99
Pontiac, IL 61764

Respectfully submitted,

By:   s/Joseph N. Rupcich
         Joseph N. Rupcich, #6283899
         Attorney for Defendants
         Office of the Attorney General
         500 South Second Street
         Springfield, IL  62706
         Telephone:  (217)782-1841
         Facsimile:  (217) 524-5091
         jrupcich@atg.state.il.us