**E-FILED**
Tuesday, 27 December, 2011  08:28:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

JAMES MYLES,

     Plaintiff,

     vs                    No. 10-1250-JES-JAG

SYLVIA MAHONE, et al.,

     Defendants.

---

## DECLARATION IN LIEU OF AFFIDAVIT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

James Myles declares under penalty of perjury:

1. I am the Plaintiff in the above entitled case. I make this declaration, in lieu of an affidavit, in opposition to Defendants' motion for summary judgment on my claim concerning the violation of my rights guaranteed by the United States Constitution by Defendant's Mahone, Larson, Taller, and Wexford Health Sources, Inc., who denied me medical treatment for a Hepatitis C infection they knew for at least six years that I had and did not tell me I had tested positive for the Hepatitis C Virus.

2. The Defendant's affidavit claim that Dr. Mahone evaluated me 7/23/09 and that during that evaluation she planned to vaccinate me against the hepatitis A and B viruses.

3. That sometime thereafter, approximately 12/29/09 she discussed my case with Dr. Paul and it was decided that I would be evaluated at the University of Illinois, Chicago.

*Ex. A*

4. At no time have I ever went to the University of Illinois, Chicago for for treatment of any sort.

5. Dr. Mahone states in her affidavit that she ordered blood test 12/29/09 and also included in that screening of my blood, as recommended by Dr. Paul, was HCV genotyping test. She states that she adopted treatment recommendations provided to her by Dr. Paul concerning treatment of my hepatitis C. Dr. Mahone claims in her affidavit that I received treatment and go on to describe that treatment as genotyping, fibrosure test, and liver biopsy. And that regardless of what the outcome of those tests that they would not have changed or altered the treatment recommendation that antiviral treatment is not medically necessary or indicated at that time.

6. Dr. Paul States in her affidavit that she is a physician licensed to practice medicine in the State of Pennsylvania only. She states that she spoke with Dr. Mahone and that it was determined that I would be evaluated at the University of Illinois, Chicago. She too state that genotyping was performed on me as though I physically went to the University of Illinois, Chicago. The screening of my blood revealed that the genotype of HCV I had at that time was 1B. Dr. Paul states that she approved a liver biopsy for me which she state in her affidavit to show very minimal Stage of fibrosis, and that she exercised her medical judgment that the risk of treatment outweighed any benefit at that time. Dr. Paul in essence was speaking for Wexford.

7. Dr. Taller's affidavit states essentially the same as Dr. Mahone and Dr. Paul's affidavits. Dr. Taller states he documented 4/8/10 that I had been diagnosed with Hepatitis C two and a half years prior. That when he again saw me that I was complaining of fatigue and that he discussed treatment with me for Hepatitis C and that I stated I am willing to be treated. Dr. Taller stated that he saw me on a number of occasions and that on one occasion that he believed that cirrhosis may be a contraindictation to treatment; that that belief was

2.

based upon a fibrisure test score of 0.85. Dr. Taller's affidavit indicates that

I was evaluated by the prisons psychiatrist for a pretreatment psychological

examination by Dr. Maltheus, that he noted that there was no psychological

contraindications to treatment. Dr. Taller concludes his affidavit by stating

that, it is his opinion, based upon his medical knowledge that I was an

appropriate treatment candidate for Hepatitis C therapies during the time that

he practiced at the Pontiac Correctional Center and treated me. The Defendant's

each state that they deferred to the advice of Dr. Paul in denying treatment for

my Hepatitis C.

    8. The Defendant's are not entitled to summary judgment because there are

genuine issues of material fact to be resolved. These issues are identified in

the attached Statement of Disputed Factual Issues filed by the Plaintiff pur-

suant to Rule CDIL-LR 7.1 of the local rules of this District Court. The facts

are set out in this affidavit.

    9. Approximately the first or second week of July 2009 I was being evaluated

at a chronic clinic for hypertension and renewal of hypertension medication.

    10. The regular physician was not present or unavailable and I was thus eval-

uated by the visiting physician, Dr. Castrovillo at the prison health care unit.

    11. Dr. castrovillo had my chart in full view of me and was examining my

current and previous laboratory reports. I asked Dr. Castrovillo if he would

explain to me what the figures on the laboratory reports meant, and he did.

    12. Dr. Castrovillo began with my current laboratory report explaining what

each number represented in connection with the various blood screenings. He

turned the pages-in reverse to determine what previous blood screening had

revealed. After a few minutes Dr. Castrovillo asked me if anyone had ever spoke

with me about hepatitis, the Medical Director or any Doctor here, meaning Pontiac

HCU. Dr. Castrovillo told me it appears I have hepatitis and stated he would

schedule me for labs. at the prison to test my blood for the HCV infection.

13. A blood sample was drawn from my left arm and sent to an off-site facility, University of Illinois, Chicago, for screening to analyze for the presence of the HCV. The results of the screening of my blood indicated that my blood analyzed positive for Hepatitis C infection, that my AST level was 58 H-high out of range of normal, and that my ALT level was 53 H-high out of range of normal.

14. Prior to being examined by Dr. Castrovillo no other prison health care personnel ever informed me that I was positive with hepatitis.

15. The same day the blood sample was taken from me I contacted Dr. Mahone by letter requesting a consultation with her to discuss the possibility that I may be infecected with hepatitis.

16. That same week I submitted a request to the prisons Site Privacy Officer and requested to review my medical records and laboratory reports.

17. On 7/23/09 Dr. Mahone had me brought to the HCU and spoke with me briefly and stated she would have me vaccinated for Hepatitis A & B, and then stated that there is no previous indications of Hepatitis C in my medical records. I then requested to be treated for the HCV infection. Dr. Mahone then stated she would call me again soon.

18. On 11/10/09 I spoke with Dr. Mahone at the HCU. At which time she asked my age and then began telling me that the current guidelines for treatment of Hepatitis C. for a person my age was that treatment would not be available; that my age precluded me from receiving treatment, at 63 I was too old.

19. I told Dr. Mahone that I understood what she was trying to say, but that the current guidelines for treatment of HCV infection did not include age as a contraindication to antiviral therapy, and that if she'd like I would send her a current copy of the guidelines for treatment of HCV infected prison inmates.

20. Within the following four to five months I continued to request treatment from Dr. Mahone by letter and in person, from Wexford on one occasion, and from Pontiac prison through two grievances and letters to the Warden, Pierce on two

4.

21. I spoke with Dr. Mahone on three occasions inside her office between 11/10/09 and 12/29/09 and each time I requested treatment from Dr. Mahone.

22. Dr. Mahone continued ordering the same lab tests that revealed that my AST and ALT levels were abnormal and in many cases becoming worse.

23. Each time my liver enzymes were tested the lab results included a colume that indicated the abnormal reading, or, 0ut of Range. Any indication of an abnormal test result would be noted in the colume that read, "FLAG" or "OUT OF RANGE." All tests relative to my liver function was always flagged as being out of range/abnormal.

24. On 12/29/09 Dr. Mahone sent for me to come to her office at the HCU. Dr. Mahone discussed with me the side-effects of antiviral treatment and at the conclusion of her discussion she asked if I still wanted treatment for HCV infection. I responded, yes, I want the treatment.

25. Dr. Mahone then pulled out an $8\frac{1}{2}$ by 11 inch sheet of paper and told me it was a Consent For Treatment form and that it was required that I sign it giving my consent in the event of any adverse side-effects. She stated that one of the nurses would have to witness me signing the Consent For Treatment. She had Nurse Joyce Ferrell witness me sign the Consent For Treatment and then Nurse Ferrell signed her signature to the form that read; "Consent For Hepatitis C. Treatment." Hepatitis C. Treatment was filled in by Dr. Mahone, who then affixed her last name to the document as the person performing the treatment.

26. Prior to the date of signing the Consent for Treatment paper Dr. Mahone had me sign I was never required by anyone at Pontiac prison HCU to sign any documentation for any of the numerous blood tests, fibrosure tests, genotyping, viral load analyzing, nor biopsy. Nor was I required to sign any document for any of the aforestated tests following 12/29/09. Nor was I required to give my consent prior to or after 12/29/09 for any liver function tests of any sort.

27. At no time was I ever taken out of the prison for laboratory screening of

my blood, including any of the aforestated tests. Nor have I ever been removed from this prison and taken to the University of Illinois, Chicago medical center for any kind of liver function testing or mild surgery.

28. The last time I had a consultation with Dr. Mahone was 12/29/09. At that time I ask her how soon would it be before I would be getting the antiviral treatment.

29. Dr. Mahone stated to me that she couldn't be sure, that it was up to Wexford to order the medication, but that she was going to do another set of blood screens.

30. By the time Dr. Mahone left Pontiac prison as Medical Director I still had not received the treatment she led me to believe I was to receive.

31. Dr. Mahone knew or should have known that laboratory reports in my medical files indicated that, as far back as the year 2003, my liver enzymes were testing at abnormal levels due to elevated AST and ALT levels.

32. Laboratory reports indicate she knew as early as 2/14/07, 6/13/07, and 6/3/07, whereas the 6/13/07 lab report was initialed by Dr. Mahone.

33. The information that I had HCV infection had been in my medical files and available to Dr. Mahone a full six years before she claimed no prior HCV indication in my medical files and prior to her admission in the grievance I filed concerning the delay in informing me I was positive for Hepatitis C. infection and delaying treatment where she stated there was an unintentional delay with me in informing me I was infected with the HCV.

34. Subsequent to Dr. Mahone leaving Pontiac as Medical Director, Dr. Taller replaced her as Medical Director.

35. The week Dr. Taller began working at the prison I contacted him in person inside the Officer's Kitchen, where I work, during his lunch break. I briefly explained the circumstances of my medical situation and told him I had been approved for antiviral treatment therapy and had signed a consent for treatment

6.

and would like to know when that treatment would begin.

36. Dr. Taller wrote down my name and institutional number and said he would check into it.

37. I believe my first hospital visit with Dr. Taller was 2/22/10 3/22/10. I complained of fatigue and abdominal pains and requested treatment. Dr. Taller told me that since he was just beginning at Pontiac he wanted to get an entire work-up on my blood work.

38. When I next saw Dr. Taller was 6/1/10, at that time he asked me if I still wanted antiviral treatment for Hepatitis C. I became frustrated and told Dr. Taller I have been requesting antiviral treatment for Hepatitis C. since July 2009. He then stated he would begin evaluation, blood work, and would try and get approval from Wexford for the needed biopsy.

39. Dr. Taller had a series of liver function tests performed from blood draw I had submitted to which included, but not limited to, fibrosis, necroinflam, Alph2 macroglob quan, creatinine, AST and ALT, all of which came back as high and indicated by the off-site laboratory conducting the blood screening as being out of range. The haptoglobulin was marked low and also in the out of range catagory. The results were that the aforestated tests were abnormal.

40. A biopsy was approved by Wexford-through Dr. Paul-on 10/22/10. I was again reecommended to be evaluated by the prisons psychiatrist for pre-Heptatis treat-ment 11/3/10  and completed the evaluation 11/10/10 where no contraindications against treatment was found.

41. Subsequent to a biopsy that was perfored by the Decatur Memorial Hospital in Decatur Illinois, it revealed a Final Pathological Diagnosis that I have Chronic Hepatitis C infection with minimal Macrovesicular Steotosis (grade 1) and Portal fibrosis (stage 1). I requested treatment subsequent to the biopsy re-sults and was told by Dr. Taller it would be up to Wexford to pay for the treat-ment. Meanwhile, my liver enzymes continued to elevate and register on all sub-sequent laboratory reports as being abnormal.

42. After Dr. Taller left the prison HCU I was still unable to obtain any specific information for anyone at the prison HCU that I would or would not be treated for my Hepatitis C. infection. It was only until discovery in this case that the Defendant's revealed to me that their belief was that I should not be approved antiviral therapy for reasons they base upon the Guidelines for the Prevention and Treatment of Hepatitis C. and Cirrhosis and Illinois Department of Corrections Central Management Services, which bases its treatment plans off of the the Federal Bureau of Prisons Clinical Practice Guidelines.

43. I am aware that antiviral therapy is recommended by the guidelines and by the IDOC Central Management Service for prison inmates whose liver biopsy is grade 1) stage 1) with portal fibrosis, and that the fact that I have a genotype of 1 does not preclude me from treatment. In fact, neither is my age a preclusion to treatment under the aforementioned guideline.

44. I am continuing to suffer from liver disease associated with HCV infection. I am having greater pains in the frontal right side of my abdoman occuring on a daily basis for long periods of time, my abdoman has became distended, my nose bleeds for no reason, I am constantly fatigued daily, I fall down for no reason, and have painful blotches forming around the lower extremities of both legs. Now when I see a doctor he reacts as if I am incapable of knowing what I am talking about, which has been the general reactions from the Defendant's for more than a year now whenever I explain my medical problems.

45. Contrary to Defendant's affidavits, during all times relevant to my complaint have withheld information from me that I was infected with the HCV disease for six years, or possibly longer, have intentionally obfuscated any efforts of my getting or their giving me treatment for HCV infection. I had a reasonable expectation for antiviral treatment for Hepatitis C. infection after Defendant Mahone had me sign the consent for treatment document that is required by Federal and IDOC guidelines. The Defendant's have a pattern and practice of deferring

8.

medical treatment for prison inmates at Pontiac Correctional Center.

46 I do understand the side-effects caused by antiviral treatment for HCV. I know that I am strong enough to with-stand those effects and am willing to take the treatment.

47. I understand that there are many factors involved in determining the success or failure of treatment-other than genotype and fibrosis score alone, and I believe those factors have not been fairly and appropriately considered in my circumstances for treatment. A forty-five to fifty percent success as an estimate is far better than zero percent.


December 22, 2011

James Myles, pro se
Reg. No. A-15155
PO Box 99
Pontiac, Illinois 61764

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764

**University** of **Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| MYLES, JAMES A15155 | | A234-15155 | 07/19/1946 | M | Final | | D234 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| MAHONE, SYLVIA | | 06/01/2009 10:25 | 06/01/2009 23:30 | | 06/02/2009  8:02 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A234.3753 | | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 13 | | MG/DL | 6-20 |
| SODIUM | 140 | | MMOL/L | 135-145 |
| POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 102 | | MMOL/L | 98-108 |
| GLUCOSE | | 119 H | MG/DL | 65-110 |
| CREATININE | 1.4 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.5 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.9 | | MG/DL | 0-1.2 |
| ALK PHOS | 81 | | U/L | 40-125 |
| AST | | 66 | U/L | 10-40 |
| CO2 CONTENT | 30 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 3-11 |
| ALT | | 63 H | U/L | 10-50 |
| BUN/CREAT RATIO | | 9.3 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 148 | | MG/DL | 100-200 |
| (NOTE) | | | | |
| | | | | |
| Cholesterol(mg/dl): | | | | |
| | <200 | | DESIRABLE | |
| | 200-239 | | BORDERLINE HIGH | |
| | >239 | | HIGH | |
| | | | | |
| TRIGLYCERIDE | 114 | | MG/DL | 45-150 |
| (NOTE) | | | | |
| | | | | |
| Triglycerides (mg/dl): | | | | |
| | <150 | | NORMAL | |
| | 150-199 | | BORDERLINE HIGH | |
| | 200-499 | | HIGH | |
| | >499 | | VERY HIGH | |
| | | | | |
| Triglyceride measurement must be performed on a specimen | | | | |
| obtained from a fasting individual. | | | | |
| HDL | | 32 L | MG/DL | 40-60 |
| (NOTE) | | | | |

Ex. B1

Continued on the next page
MYLES, JAMES A15155                06/02/2009  08:01                                  D234

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764

FASTING: N



**University of Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| MYLES, JAMES A15155 | | A234-15155 | 07/19/1946 | M | Final | | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 07/14/2009 08:30 | 07/14/2009 23:30 | 07/15/2009 6:02 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | |
|---|---|---|---|---|
| A234.4084 | | | | |

COMMENTS:

✓ 7/16/09

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 9 | | MG/DL | 6-20 |
| SODIUM | 141 | | MMOL/L | 135-145 |
| POTASSIUM | 4.1 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 106 | | MMOL/L | 98-108 |
| GLUCOSE | | 124 H | MG/DL | 65-110 |
| CREATININE | 1.4 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.8 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.2-8.0 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0-1.2 |
| ALK PHOS | 92 | | U/L | 40-125 |
| AST | | 59 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 7 | | MMOL/L | 3-11 |
| ALT | | 53 H | U/L | 10-50 |
| BUN/CREAT RATIO | | 6.4 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 137 | | MG/DL | 100-200 |
| (NOTE) | | | | |

Cholesterol(mg/dl):
<200          DESIRABLE
200-239       BORDERLINE HIGH
>239          HIGH

| TRIGLYCERIDE | | 160 H | MG/DL | 45-150 |
|---|---|---|---|---|
| (NOTE) | | | | |

Triglycerides (mg/dl):
<150          NORMAL
150-199       BORDERLINE HIGH
200-499       HIGH
>499          VERY HIGH

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.

| HDL | | 31 L | MG/DL | 40-60 |
|---|---|---|---|---|
| (NOTE) | | | | |

7-15-09
Elim M.D.
Jel Card Melm

Ex. B2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL        Center

Offender Information:

MYLES        JAMES        ID#: A15155
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 7/23/09 1115 AM | S: No previous Hep C | |
| 2.16 | Dx. Admits to | |
| 118/66 | previous IVDA many | P: |
| P-67 | years ago. | ① Twinrix |
| R-18 | | Vaccine on |
| | O: VS as above | 7/27/09 #1 |
| | Pt AOx3 /NAD/ | ② Twinrix |
| | Cooperative | Vaccine #2 |
| | Hep C ⊕ 7/14/09 | 8/27/09 |
| | A: New Hep C ⊕ | ③ Twinrix Vaccine |
| | | #3 1/27/2010 |
| | J Mahone MD | |
| | | 7/23/09 1 PM |
| | | J Ford RN |

Ex. B3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Last Name: MYLES
First Name: JAMES
MI:
ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 11/10/09 W+ 216# | S: Age 63 | |
| 130/78 P-68 | Hep C — seeing pt regarding | P: |
| R+-16 | Talked c̄ pt regarding current guidelines of treatment. | 1) Discuss case on colleague. |
| | O: VS as above. Pt AO×3 / NAD / Cooperative Pt voices understanding A: Hep C — age 63 | |
| | Mahone MD | |
| | | 11-10-09 1:30 pm ___ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Ex. B4

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764



University of
Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|
| MYLES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| MAHONE, SYLVIA | 11/17/2009 10:00 | 11/17/2009 23:23 | 11/18/2009  8:04 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.6856 | | |

COMMENTS:

|  | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 12 | | MG/DL | 6-20 |
| SODIUM | 137 | | MMOL/L | 135-146 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 103 | | MMOL/L | 98-108 |
| GLUCOSE | | 113 H | MG/DL | 65-110 |
| CREATININE | 1.4 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.2 | | MG/DL | 8.5-10.6 |
| TOTAL PROTEIN | 7.3 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.1 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.8 | | MG/DL | 0-1.2 |
| ALK PHOS | 80 | | U/L | 40-125 |
| AST | | 67 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 6 | | MMOL/L | 5-11 |
| ALT | | 56 H | U/L | 10-50 |
| BUN/CREAT RATIO | 8.5 | | | 10-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 156 | | MG/DL | 100-200 |
| (NOTE) | | | | |

Cholesterol(mg/dl):
| <200 | DESIRABLE |
| 200-239 | BORDERLINE HIGH |
| >239 | HIGH |

| TRIGLYCERIDE | 114 | | MG/DL | 45-150 |
| (NOTE) | | | | |

Triglycerides (mg/dl):
| <150 | NORMAL |
| 150-199 | BORDERLINE HIGH |
| 200-499 | HIGH |
| >499 | VERY HIGH |

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.

| HDL | | 32 L | MG/DL | 40-60 |
| (NOTE) | | | | |

11/19/09

continued on the next page
MYLES, JAMES A15155                    11/18/2009 08:03                              D234

Ex.B5

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Note

Pontiac Correctional _____ Center

Offender Information:

Myles                    James                    ID#: A 15155
Last Name                First Name        MI

↑Chol.

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-4-09 11ᵘ | GENERAL MEDICINE CLINIC (February – June- October)   Hep C | |
| 128/80 | S.  65410 AAA c HT ↑ Hep C     Hep A, B | P. PATIENT EDUCATION: Discussed |
| | HX: Dx 2007 | |
| | Date of Dx: 2007 | |
| | | |
| | PHYSICAL EXAM: | |
| | BP 128/80   P 70   R 18     T ___ HT 6'01 WT 216 | |
| | | TREATMENT: Return to clinic every 4 months |
| | | Medications: See HTN sheet |
| | LABORATORY: 11/17/09 | |
| | AST 67     ALT 56 | |
| | | |
| | | |
| | | |
| | A: GENERAL MED CLINIC DX: | |

Ex.B6

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Pontiac Correctional _____ Center

Offender Information:

Last Name: Myles    First Name: JAMES    MI: ____    ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/29/09 | MD Note | |
| 217 lb | | |
| 136/84 | S:/0: Pt. brought | P: |
| P-58 | to HCU to discuss | ① Hep C Labs |
| PO₂-94% | Hep C Tx. Pt to | to be ordered |
| | be eval by UIC | |
| | using BOP guidelines | |
| | Explained to pt. | |
| | that labs would be | |
| | drawn. | |
| | | |
| | A: Hep C evaluation. | |
| | DMahone MD | |
| | 12/30/09 | |
| | J Friel RN | |

Ex. B7

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT #17
1:10-cv-01250-JES-JAG # 22 Page 17 of 23

ILLINOIS DEPARTMENT OF CORRECTIONS

## Consent for Medical Treatment

PONTIAC CORRECTIONAL _____ Center

Date: 12-29-09

Time: 11'a ☑ a.m. ☐ p.m.

Patient Information:

Myles (Last Name) James (First Name) MI ID#: A15155

☒ I authorize the performance upon _____ of the following treatment:
Myself or Name of Patient

Hep "C" treatment
state the nature and extent of treatment

_____

to be performed by Dr. Mahone _____ or whomever he or she may designate
Name of Physician

as his or her assistants.

☐ The nature and extent of the intended treatment has been explained to me in detail, including its risk, possible complications, and

probable consequences by Dr. _____
Name of Physician

I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

☐ I certify that I have read and fully understand the above Consent to Treatment, that the EXPLANATIONS therein referred to were

made, and that all blanks or statements requiring insertion or completion were filled in.

J. Myles
Print Name of Patient

X James Myles
Signature of Patient

12-29-09
Date

When patient is a Minor or Incompetent to give consent:

WITNESS J. Fuel RN
Print Name of Person Authorized to Consent

J. Fuel RN
Signature of Person Authorized to Consent

12-29-09
Date

_____
Print Name of Witness

_____
Signature of Witness

/ /
Date

Ex. B8

Distribution: Patient's Medical Record

Printed on Recycled Paper

DOC 0094 (Eff. 9/2002)
(Replaces DC 7130-A)

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764



University of Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| MYLES, JAMES A15155 | | D234-15155 | 07/19/1946 | M | Final | | D234 |

| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | | PAGE |
|---|---|---|---|---|---|---|---|
| MAHONE, SYLVIA | | 01/12/2010 10:35 | 01/12/2010 23:23 | 01/20/2010 15:02 | | | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | |
|---|---|---|---|
| D234.61 | | | |

COMMENTS:

| Diagnostic Procedure | Result | | | Units | Reference Range |
|---|---|---|---|---|---|
| | In Range | Out of Range | | | |
| HCV RNA QUANT BY BDN | | | | | |
| HCV QUANT (B-DNA) | | 1511570 H | | IU/ML | <615 |

End of Report    1/26/10 M



# Decatur Memorial Hospital
## 2300 N. Edward Street
## Decatur, IL  62526
## 217-876-5000

### SURGICAL PATH REPORT

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **MYLES, JAMES** | | | Accession #: | **S11-43** |
| Med. Rec. #: | D0000331503 | Client: | DECATUR MEMORIAL HOSPITAL | Collected: | 1/3/2011 |
| DOB: | 7/19/1946 (Age: 64) | Location: | Medical Records (DC pts) | Received: | 1/3/2011 |
| Gender: | M | Room/Bed: | | Reported: | 1/4/2011 |
| Ordering Phy: | BALJIT S DEOL,MD | Pt. Type: | OUTPATIENT | Account #: | D1100300347 |
| Copy To: | HOWARD E WIARDA,MD | Unit #: | D0000331503 | | |

### Clinical History
Hepatitis C

### Specimen(s) Received
Liver specimen

### FINAL PATHOLOGIC DIAGNOSIS
Liver, biopsy:  Chronic hepatitis C with minimal macrovesicular steatosis, minimal activity (grade 1) and portal fibrosis (stage 1)

### Comment

Trichrome staining reveals the presence of portal fibrosis.  Controls stained appropriately.

***Electronically Signed Out***
MAURICE SCHUETZ III,MD

### Gross Description
The specimen is labeled "liver" and consists of friable, irregular to cylindrical yellow-white to red-brown soft tissue fragments that aggregate 2.8 x 0.1 x 0.1cm and are submitted en toto.

DAVID M JOHNSON,MD
TISA LAWLESS, PA(ASCP)CM

---

MYLES, JAMES                     David M. Johnson M.D.  Director                     Page 1 of 1

Ex.B23

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764



**University of Illinois**
Medical Center
Reference Laborator

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|
| LES, JAMES A15155 | A234-15155 | 07/19/1946 | M | Final | | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 10/29/2008  10:30 | 10/29/2008 23:30 | 10/30/2008  6:05 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | |
|---|---|---|---|---|
| A234.4516 | | | | |

COMMENTS:

| Diagnostic Procedure | In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 8 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.6 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 101 | | MMOL/L | 98-108 |
| GLUCOSE | | 126 H | MG/DL | 65-110 |
| CREATININE | 1.4 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.5 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.1 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.2 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.9 | | MG/DL | 0-1.2 |
| ALK PHOS | 92 | | U/L | 40-125 |
| AST | | 52 H | U/L | 10-40 |
| CO2 CONTENT | 30 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 3-11 |
| ALT | | 53 H | U/L | 10-50 |
| BUN/CREAT RATIO | 5.7 L | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 160 | | MG/DL | 100-200 |
| (NOTE) | | | | |

```
Cholesterol(mg/dl):
        <200              DESIRABLE
        200-239           BORDERLINE HIGH
        >239              HIGH
```

| TRIGLYCERIDE | 145 | | MG/DL | 45-150 |
|---|---|---|---|---|
| (NOTE) | | | | |

```
Triglycerides (mg/dl):
        <150              NORMAL
        150-199           BORDERLINE HIGH
        200-499           HIGH
        >499              VERY HIGH

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.
```

| HDL | | 32 L | MG/DL | 40-60 |
|---|---|---|---|---|
| (NOTE) | | | | |

Continued on the next page
MYLES, JAMES A15155                10/30/2008 06:03                         D234

Ex. B26

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Pontiac Correctional _____ Center

Offender Information:

Last Name: Mules  First Name: James  MI: _____  ID#: A15155

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-3-08 11:30A | cont note | P: Refer to SK |
| | O: Note sent to Dr Mahone c/o pain in his right side near his back x 2 wks. | 2:00 collected |
| | _signature_ | |
| 10-07-08 4:00A | SICK CALL WEIGHT 210 BP 110/70 TPR 98,0 82 18 MD NOTE NSU | |
| | R sided pain as relates preceeded by strenous exercise X 2 wks plus. Sharp pain R lower back. Non radiating pain. No incontinence reported. No hematuric. No dysuria | _signature_ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Ex. B27

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL  61764


University of Illinois
Medical Center
Reference Laborator

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| MYLES, A15155 | | A234-15155 | 07/19/1946 | M | Final | D234 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 07/17/2008  08:40 | 07/17/2008 23:23 | 07/18/2008   8:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A234.2578 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 8 | | MG/DL | 6-20 |
| SODIUM | 141 | | MMOL/L | 135-145 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 105 | | MMOL/L | 98-108 |
| GLUCOSE | | 122 H | MG/DL | 65-110 |
| CREATININE | | 1.6 H | MG/DL | 0.5-1.5 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0-1.2 |
| ALK PHOS | 82 | | U/L | 40-125 |
| AST | | 83 H | U/L | 10-40 |
| CO2 CONTENT | 31 | | MMOL/L | 24-32 |
| ANION GAP | 5 | | MMOL/L | 3-11 |
| ALT | | 56 H | U/L | 10-50 |
| BUN/CREAT RATIO | | 5.0 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 150 | | MG/DL | 100-200 |

(NOTE)

Cholesterol (mg/dl):
          <200          DESIRABLE
          200-239       BORDERLINE HIGH
          >239          HIGH

| TRIGLYCERIDE | 106 | | MG/DL | 45-150 |

(NOTE)

Triglycerides (mg/dl):
          <150          NORMAL
          150-199       BORDERLINE HIGH
          200-499       HIGH
          >499          VERY HIGH

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.

| HDL | | 31 L | MG/DL | 40-60 |

(NOTE)

Continued on the next page
MYLES, A15155                         07/18/2008 08:01



Ex.B28

D234

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, IL 61764



University of Illinois
Medical Center
Reference Laborator

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME MYLES, A15155 | PATIENT ID A234-15155 | DOB 07/19/1946 | SEX M | STATUS Final | | DESTINATION D234 |
|---|---|---|---|---|---|---|
| PHYSICIAN MAHONE, SYLVIA | COLLECT DATE & TIME 06/29/2007 09:38 | DATE OF SERVICE 06/29/2007 23:00 | PRINTED ON 07/02/2007 11:11 | | | PAGE 1 |
| REQUISITION NO. A234.4304 | PT. LAB NO. | LAB REF NO. | | | | |

COMMENTS:

7/2/07

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 10 | | MG/DL | 8-20 |
| SODIUM | 138 | | MMOL/L | 135-145 |
| POTASSIUM | 3.9 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 104 | | MMOL/L | 98-108 |
| GLUCOSE | 108 | | MG/DL | 65-110 |
| CREATININE | | 1.7 H | MG/DL | 0.5-1.5 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.7 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.0 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 1.0 | | MG/DL | 0-1.3 |
| ALK PHOS | 90 | | U/L | 40-125 |
| AST | | 55 H | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 6 | | MMOL/L | 3-11 |
| ALT | 43 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 5.9 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 189 | | MG/DL | 100-200 |
| (NOTE) | | | | |
| Cholesterol(mg/dl): | | | | |
| <200 | | DESIRABLE | | |
| 200-239 | | BORDERLINE HIGH | | |
| >239 | | HIGH | | |
| TRIGLYCERIDE | 112 | | MG/DL | 45-150 |
| (NOTE) | | | | |
| Triglycerides (mg/dl): | | | | |
| <150 | | NORMAL | | |
| 150-199 | | BORDERLINE HIGH | | |
| 200-499 | | HIGH | | |
| >499 | | VERY HIGH | | |

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| HDL | | 27 L | MG/DL | 40-80 |
| (NOTE) | | | | |

Ex.B30

Continued on the next page
MYLES, A15155          07/02/2007 11:10          D234