James Myles
Reg. No. A-15155
700 W. Lincoln St.
P.O. Box 99
Pontiac, IL 61764-0099

April 15, 2012

Pamela E. Robinson
United States District Court Clerk
Central District of Illinois
Office of The Clerk, Room 309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

RE: Myles v. Mahone
Case No. 10-1250

Dear Madam Clerk,

On 11/30/11 the defendants in this cause filed Summary Judgment (D/E 113 and 115). I requested an extention of time to respond. I responded to D/E #113 on 01/20/12 and to D/E #115 on 12/27/11. It is now more than three months later and I have yet to receive the courts ruling on this matter. Therefore, I am requesting to know the current status of my pending 42 U.S.C 1983 claim and ruling on the defendant's motion for summary judgment.

Thank you for your time and assistant in this urgent matter.

Respectfully,

James Myles